■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RIVERA, Appellant. [995 NYS2d 679]—Appeal from judgment, Supreme Court, New York County (Thomas A. Farber, J.), rendered December 4, 2012, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a term of 90 days, concurrent with five years' probation, unanimously dismissed, as moot.

As the result of a violation of probation, defendant's original sentence was replaced by a new sentence from which defendant has not appealed, and which he has completed in any event. Accordingly, this appeal, in which the only claim is that the original sentence of probation was excessive, is moot. Concur—Gonzalez, P.J., Mazzarelli, Manzanet-Daniels, Gische and Clark, JJ.